1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KEVIN MOORE,                          No.  2:14-cv-1232 TLN DAD P

12                 Plaintiff,

13          v.                              ORDER

14    PRICE, et al.,

15                 Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 plus the $50.00

19    administrative fee nor has he filed an application to proceed in forma pauperis.  See 28 U.S.C. §§

20    1914(a) & 1915(a).  Plaintiff will be granted thirty days to pay the filing fee in full or submit a

21    properly completed application to proceed in forma pauperis.

22          Plaintiff is cautioned that the in forma pauperis application form includes a section that

23    must be completed by a prison official, and must be accompanied by a certified copy of his prison

24    trust account statement for the six-month period immediately preceding the filing of this action.[1]

25    _____

26    [1] On May 20, 2014, plaintiff submitted a copy of his prison trust account statement without an
      application to proceed in forma pauperis.  (ECF No. 2.)  When plaintiff submits the in forma

27    pauperis application required by this order, he shall ensure that the appropriate prison official
      completes and signs the last section of the application, and provides a current certified copy of

28    plaintiff's prison trust account statement.

                                                   1

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Plaintiff shall submit, within thirty days from the date of this order, either the $350.00

3    filing fee plus the $50.00 administrative fee, OR a properly completed application to proceed in

4    forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply

5    with this order, or seek an extension of time within which to do so, will result in a

6    recommendation that this action be dismissed without prejudice.

7        2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma

8    Pauperis By a Prisoner for use in a civil rights action.

9    Dated:  June 4, 2014

10

11                                    _____
                                      DALE A. DROZD
12   DAD:4                            UNITED STATES MAGISTRATE JUDGE
     moor1232.3a
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2