1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

KEVIN MOORE,                                    No.  2:14-cv-01232-TLN-DB

12

          Plaintiff,

13

    v.                                          **ORDER**

14

PRICE, et al.,

15

          Defendants.

16

17

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18

action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19

pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20

      On June 13, 2017, the magistrate judge filed findings and recommendations herein which

21

were served on all parties and which contained notice to all parties that any objections to the

22

findings and recommendations were to be filed within fourteen days.  (ECF No. 55.)  Neither

23

party has filed objections to the findings and recommendations.

24

      The Court has reviewed the file and finds the findings and recommendations to be

25

supported by the record and by the magistrate judge's analysis.

26

      Accordingly, IT IS HEREBY ORDERED that:

27

      1.      The findings and recommendations filed June 13, 2017 (ECF No. 55) are

28

ADOPTED in full;

2. Defendants' motion for summary judgment (ECF No. 44) is DENIED; and

3. Plaintiff's motion for reconsideration (ECF No. 45) is DENIED; and

4. Plaintiff's motion for subpoenas (ECF No. 46) is DENIED WITHOUT PREJUDICE.

Dated: October 3, 2017

Troy L. Nunley
United States District Judge