UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MOORE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRICE, et al.,<br><br>　　　　　Defendants. | No. 2:14-cv-01232 TLN DB P<br><br><br><br>ORDER |

　　　　On April 18, 2022, plaintiff filed a "Response with Objections to the Order of March 30, 2022 by Judge Barnes. (ECF No. 83.) This civil rights action was closed on April 11, 2018. (ECF No. 76.) In the present filing plaintiff appears to further argue his prior motion to recall this case. (ECF No. 83.) Plaintiff's motion to recall this case has already been denied. (ECF No. 81.) Plaintiff also titles the filing as an "appeal" of the court's prior order. (ECF No. 83.) However, the filing does not appear to be the one contemplated by the Federal Rules of Appellate Procedure. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: May 2, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/moor1232.58

1